# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | ED CV 19-2264-FMO (DFM) | Date: | March 10, 2020 |
|---|---|---|---|
| Title | Raymond Garcia II v. San Bernardino et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On November 26, 2019, Raymond Garcia II ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254. See Dkt. 1 ("Petition"). On December 19, 2019, the Court ordered Petitioner to show cause why the Petition should not be dismissed for failure to exhaust and lack of a cognizable legal claim. See Dkt. 4.

Rather than respond to the OSC, Petitioner appealed to the Ninth Circuit Court of Appeals. See Dkt. 8. On February 28, 2020, the Ninth Circuit dismissed the appeal for lack of jurisdiction. See Dkt. 9 (citing 28 U.S.C. § 1291 and In re San Vicente Med. Partners Ltd., 865 F.2d 1128, 1131 (9th Cir. 1989) (magistrate judge order not final or appealable)).

**The Court will afford Petitioner one final chance to respond to the December 19 OSC. Petitioner's written response must be filed within twenty-eight (28) days of service of this Order. Petitioner is advised to present specific facts to the Court to show that he has exhausted his claims. Petitioner is warned that his failure to timely respond to this Order will result in the Court dismissing this action with prejudice as untimely and for failure to prosecute. See Fed. R. Civ. P. 41(b).**