JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAYMOND GARCIA, II,<br><br>Petitioner,<br><br>v.<br><br>SAN BERNARDINO et al.,<br><br>Respondent. | No. ED CV 19-02264-FMO (DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Denying Temporary Restraining Order and Summarily Dismissing Petition,

    IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: July 20, 2020

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge